# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CR396** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MARIA CONCEPCION LOPEZ-FUENTES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before on defendant Maria Concepcion Lopez-Fuentes (Lopez-Fuentes) motion for additional time in which to file pretrial motions (Filing No. 15). The motion was held in abeyance until February 1, 2007, pending the defendant's compliance with the requirements NECrimR 12.3 (Filing No. 16). The defendant has failed to comply with such requirements. Accordingly, defendant's motion for additional time to file pretrial motions (Filing No. 15) is denied. This matter will be scheduled for trial.

**IT IS SO ORDERED.**

DATED this 5th day of January, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge